**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**



FILED
05 APR 15 PH 4 5

ROBERT R. DI 'TCHO
CLERK, U.S. DI T CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20313-02-Ma |
| | ) | |
| DEREK BOBO, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on April 15, 2005, the United States Attorney for this district appearing for the Government and the defendant, Derek Bobo, appearing in person and with appointed counsel, Ms. Doris Randle-Holt.

With leave of the Court, the defendant entered a plea of guilty to Count 4 of the Indictment.  Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, July 15, 2005 at 1:30 p.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the ___15th___ day of April, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

Document entered on the docket sheet in compliance
Rule 55 and/or 32(b) FRCrP on _4-15-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in
case 2:04-CR-20313 was distributed by fax, mail, or direct printing on
April 18, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT