FILED BY_____ D.C.

05 NOV -7 AM 6: 45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### Western Division

UNITED STATES OF AMERICA,

    Plaintiff,

V.                                          Case No. 04-20313

Lobo

---

## ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It appears that the defendant has complied with the requirements of said bond and orders of the court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $$500.00, payable to Unethia Smith at 5056 Windcrest Road Memphis, TN 38116 in full refund of the cash appearance bond posted herein.

Samuel H. Mays, Jr.
United States District Judge

Approved.
Thomas M. Gould, Clerk of Court

By _____
Deputy Clerk

98

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 98 in
case 2:04-CR-20313 was distributed by fax, mail, or direct printing on
November 9, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT